Michael R. Lozeau (State Bar No. 142893)
Douglas J. Chermak (State Bar No. 233382)
LOZEAU DRURY LLP
410 12th Street, Suite 250
Oakland, CA 94607
Tel: (510) 836-4200
Fax: (510) 836-4203 (fax)
E-mail: michael@lozeaudrury.com
doug@lozeaudrury.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHWESTERN WIRE, INC., a corporation,<br><br>Defendant. | Case No. 2:16-cv-00295-TLN-EFB<br><br>**STIPULATION TO DISMISS PLAINTIFF'S CLAIMS; [PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE**<br>**[FRCP 41(a)(1)]** |

WHEREAS, on December 23, 2014, Plaintiff California Sportfishing Protection Alliance ("CSPA") provided Defendant Southwestern Wire, Inc. ("Southwestern Wire") with a Notice of Violations and Intent to File Suit ("Notice") under Clean Water Act § 505, 33 U.S.C. § 1365.

WHEREAS, on February 12, 2016, CSPA filed its Complaint against Southwestern Wire in this Court, *California Sportfishing Protection Alliance v. Southwestern Wire, Inc.,* Case No. 2:16-cv-00295-TLN-EFB. Said Complaint incorporates by reference all of the allegations contained in CSPA's Notice.

WHEREAS, CSPA and Southwestern Wire, through their authorized representatives and without either adjudication of CSPA's claims or admission by Southwestern Wire of any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations of

1  CSPA as set forth in the Notice and Complaint, thereby avoiding the costs and uncertainties of
2  further litigation.  A copy of the Settlement Agreement and Mutual Release of Claims ("Settlement
3  Agreement") entered into by and between CSPA and Southwestern Wire is attached hereto as
4  Exhibit 1 and incorporated by reference.

5      WHEREAS, the parties submitted the Settlement Agreement via certified mail, return receipt
6  requested, to the U.S. EPA and the U.S. Department of Justice and the 45-day review period set forth
7  at 40 C.F.R. § 135.5 has completed and the federal agencies have submitted correspondence to the
8  Court indicating that they have no objection to the terms of the Settlement Agreement.

9      NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the
10 parties that CSPA's claims, as set forth in the Notice and Complaint, be dismissed with prejudice.
11 The parties respectfully request an order from this Court dismissing such claims with prejudice.  In
12 accordance with paragraph 2 of the Settlement Agreement, the parties also request that this Court
13 maintain jurisdiction over the parties through December 16, 2016, for the sole purpose of resolving
14 any disputes between the parties with respect to enforcement of any provision of the Settlement
15 Agreement, or through the conclusion of any proceeding to enforce the Settlement Agreement
16 initiated prior to December 16, 2016, or until the completion of any payment or affirmative duty
17 required by the Settlement Agreement.

18     This Dismissal may be pled as a full and complete defense to, and may be used as the basis
19 for an injunction against any lawsuit which may be filed in breach of the Settlement Agreement.

20 Dated: June 22, 2016        Respectfully submitted,

21         LOZEAU DRURY LLP

22         By:   /s/ *Douglas J. Chermak*
        Douglas J. Chermak
23         Attorneys for Plaintiff California Sportfishing
        Protection Alliance
24

25         HOLLAND & KNIGHT LLP

26
        By:   *Nicholas Targ*   (as authorized on 6/20/16)
27         Nicholas Targ
        Attorneys for Defendant
28         Southwestern Wire, Inc.

### [PROPOSED] ORDER

Good cause appearing, and the parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's claims against Defendant Southwestern Wire, Inc., as set forth in the Notice and Complaint filed in Case No. 2:16-cv-00295-TLN-EFB, are hereby dismissed with prejudice consistent with the terms of the Settlement Agreement that is attached hereto as Exhibit 1.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over the parties through December 16, 2016, for the sole purpose of resolving any disputes between the parties with respect to any provision of the Settlement Agreement, or through the conclusion of any proceeding to enforce the Settlement Agreement initiated prior to December 16, 2016, or until the completion of any payment or affirmative duty required by the Settlement Agreement.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   _____, 2016           _____
                                    Judge Troy L. Nunley
                                    United States District Judge